In the Matter of the Application of JEAN KIRSHER, Petitioner, Appellant, for a Peremptory Mandamus Order to Compel THOMAS H. MURPHY, as Warden of Clinton Prison, to Show Cause Why the Petitioner Herein Should Not Be Certified to the Governor for Discharge under Section 232, Article 9, of the Correction Law, Respondent.— Application by petitioner, appellant, to appeal as a poor person and to submit record and brief in typewritten form and to appoint an attorney to represent him, denied, solely on the ground that the moving papers show no meritorious cause for review.  Present — Hill, P. J., Rhodes, McNamee, Crapser and Heffernan, JJ.

In the Matter of HENRY J. MATHER, an Attorney.— Charges of misconduct have been made against Henry J. Mather, attorney and counselor at law, and his answer thereto interposed.  A trial of the issues has been had before Hon. A. V. S. Cochrane, official referee, who has recommended his disbarment.  The said Henry J. Mather has resigned as a member of the bar by duly filing his formal resignation in writing, and the resignation is accepted.  Present — Hill, P. J., Rhodes, McNamee, Crapser and Heffernan, JJ.

THE UNITED PAPERBOARD COMPANY, Respondent, v. THE IROQUOIS PULP AND PAPER COMPANY, Appellant.— Motion to dismiss appeal granted, unless appellant perfects appeal, files and serves record and brief on or before February 15, 1938, and is ready for argument at the term of this court commencing March 15, 1938, in which event the motion is denied.  Present — Hill, P. J., Rhodes, McNamee, Crapser and Heffernan, JJ.

In the Matter of the Application of MARIA L. PERRY, as Executrix, etc., of JOHN S. BARRY, Deceased, for an Order or Decree Requiring JOHN T. NORTON, as Attorney for Said JOHN S. BARRY, as Administrator of the Estate of HELEN B. MARKHAM, Deceased, to Account for and Pay over Moneys Collected and Received by Said JOHN T. NORTON as Such Attorney, Appellant.— Motion for leave to appeal to the Court of Appeals denied.  Hill, P. J., Rhodes, Bliss and Heffernan, JJ., concur; McNamee, J., dissents.

NELLIE MAHONEY, Respondent, v. AUSABLE CHASM COMPANY, Appellant.— Motion for reargument denied, with ten dollars costs.  Motion for leave to appeal to the Court of Appeals denied.  Present — Hill, P. J., Rhodes, McNamee, Crapser and Heffernan, JJ.

(January 19, 1938.)

In the Matter of the Estate of CHAUNCEY M. DIAMOND, Deceased.— Appellant's motion to restrain the respondent from acting under the letters testamentary and from prosecuting the discovery proceeding against appellant is denied without costs and without prejudice to a renewal thereof, if necessary to prevent any of the property now in appellant's possession and claimed by respondent from coming into the hands of the executrix before the determination of the pending appeal from the decree of probate.  Present — Hill, P. J., Rhodes, McNamee, Bliss and Heffernan, JJ.